# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JOAN MCCARTHY,                                                   :   No. 13 MM 2024
                                                                :
        Petitioner                                   :
                                                                :
                                                                :
        v.                                          :
                                                                :
                                                                :
THE HONORABLE RICHARD P. HAAZ, IN                               :
HIS CAPACITY AS JUDGE OF THE                                    :
COURT OF COMMON PLEAS OF                                        :
MONTGOMERY COUNTY,                                              :
PENNSYLVANIA,                                                   :
                                                                :
        Respondent

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of June, 2024, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.